UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GOOD MAN PRODUCTIONS, INC.,

    Plaintiff,

v.                                            Case No:  2:14-cv-687-FtM-38DNF

JOHN DOE, subscriber assigned IP
address 69.139.41.36,

    Defendant.
_____/

**ORDER**[1]

This matter is before the Court on Plaintiff Good Man Productions, Inc.'s Notice of Voluntary Dismissal Without Prejudice of John Doe (Doc. #14) filed on March 12, 2015.

Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure allows a plaintiff to dismiss a case voluntarily without a court order.  Rule 41(a)(1)(A) reads, in pertinent part, that

> [s]ubject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing: (i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) A stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

In this instance, Plaintiff voluntarily dismisses the Complaint (Doc. #1) under Rule 41(a)(1)(A)(i).  (Doc. #14).   Defendant John Doe, subscriber assigned IP address

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

69.139.41.36, has not filed an answer or a motion for summary judgment. The Court, therefore, dismisses the case without prejudice.

Accordingly, it is now

**ORDERED:**

(1) Plaintiff Good Man Productions, Inc.'s Notice of Voluntary Dismissal Without Prejudice of John Doe (Doc. #14) is **GRANTED**.

(2) The Clerk of the Court is **DIRECTED** to enter judgment accordingly, terminate any pending motions, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 13th day of March, 2015.

*SHERI POLSTER CHAPPELL*
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record